# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Catliota, Thomas J. | US Bankruptcy Court for Maryland | 05/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

US Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | LPL. LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Catliota, Thomas J. | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Meadows Foundation, Inc. - Salary |
| 2. 2020 | Talisman Therapeutic Riding - Independent Contractor |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Catliota, Thomas J. | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Catliota, Thomas J.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Conry Development Corp | E | Distribution | N | W | | | | | |
| 2.   LPL, LLC | | None | O | W | | | | | |
| 3.   Sun Trust | A | Int./Div. | J | T | | | | | |
| 4.   Self directed IRA (H) | | | | | | | | | |
| 5.   -Fundamental Investors | D | Int./Div. | M | T | | | | | |
| 6.   -AmCap Fund A | D | Int./Div. | M | T | | | | | |
| 7.   -New Economy Fund A | D | Int./Div. | M | T | | | | | |
| 8.   -Washinton Mutual Inv | D | Int./Div. | M | T | | | | | |
| 9.   -American Balanced A | D | Int./Div. | M | T | | | | | |
| 10.   -Amerian Inc Fund of Amer A | D | Int./Div. | M | T | | | | | |
| 11.   -American New World A | C | Int./Div. | L | T | | | | | |
| 12.   -American SMALLCAP World A | D | Int./Div. | M | T | | | | | |
| 13.   -Franklin IncomeA | D | Int./Div. | M | T | | | | | |
| 14.   -JPM Emerging Markets Equity A | C | Int./Div. | L | T | | | | | |
| 15.   -JPMorgan Equity Income A | B | Int./Div. | M | T | | | | | |
| 16.   -JPMorgan Global Allocation A | B | Int./Div. | M | T | | | | | |
| 17.   -JPMorgan Global Bond Opp A | B | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Catliota, Thomas J.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -JPMorgan Growth Advantage A | C | Int./Div. | M | T | | | | | |
| 19. -JPMorgan Income Builder A | D | Int./Div. | M | T | | | | | |
| 20. -JPMorgan Income A | B | Int./Div. | L | T | | | | | |
| 21. -JPMorgan Small Cap Blend A | C | Int./Div. | M | T | | | | | |
| 22. -JPMorgan Value Advantage A | B | Int./Div. | L | T | | | | | |
| 23. Hermes Federated Prime Cash | A | Int./Div. | K | T | Redeemed (part) | 03/09/20 | K | | |
| 24. Alphabet Inc Cap Stock Cl A | | None | K | T | Buy | 03/09/20 | J | | |
| 25. Pfizer, Inc Com | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 26. PayPal Holdings | | None | K | T | Buy | 03/09/20 | K | | |
| 27. Hermes Federated Prime Cash | A | Int./Div. | K | T | Redeemed (part) | 04/02/20 | L | | |
| 28. JP Morgan High Yield Municipal | A | Interest | L | T | Buy (add'l) | 04/02/20 | J | | |
| 29. IShares TR MSCI EAFE Growth | A | Int./Div. | L | T | Buy (add'l) | 04/02/20 | J | | |
| 30. Vangard Index Small Cap Growth ETF | A | Int./Div. | K | T | Buy (add'l) | 04/02/20 | J | | |
| 31. Vanguard FTSE Emerging Market | A | Int./Div. | K | T | Buy (add'l) | 04/02/20 | J | | |
| 32. Willard Ohio City Sch Dist | A | Interest | K | T | Buy | 04/02/20 | K | | |
| 33. IShares INTL Select Div ETF | B | Int./Div. | K | T | Buy (add'l) | 04/02/20 | J | | |
| 34. Vanguard Mid Cap Value ETF | A | Int./Div. | K | T | Buy (add'l) | 04/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Catliota, Thomas J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Mid Cap Growth ETF | A | Int./Div. | K | T | Buy (add'l) | 04/02/20 | J | | |
| 36. Vanguard Index FDS Small Cap Value ETF | A | Int./Div. | K | T | Buy (add'l) | 04/02/20 | J | | |
| 37. Vanguard Intl EquiyInd All-world FTSE | A | Int./Div. | K | T | Buy (add'l) | 04/02/20 | J | | |
| 38. Hermes Federated Prime Cash | A | Int./Div. | K | T | Redeemed (part) | 11/20/20 | J | | |
| 39. General Electric Co Com | A | Dividend | K | T | Buy (add'l) | 11/20/20 | J | | |
| 40. Broadcom Inc Com | A | Dividend | J | T | Buy | 11/20/20 | J | | |
| 41. Ally Bk Sandy Utah CD | A | Int./Div. | J | T | | | | | |
| 42. Chicago IL O Hare INTL Rev C MUNI | A | Int./Div. | J | T | | | | | |
| 43. Metropolitan Transn Auth N Y MUNI | A | Int./Div. | K | T | | | | | |
| 44. Erie PA Wtr Auth Wtr Rev 2018 A MUNI | A | Int./Div. | J | T | | | | | |
| 45. Accenture PLC Ireland | A | Dividend | J | T | | | | | |
| 46. Amazon.Com Inc | | None | K | T | | | | | |
| 47. CVS Health Corporation | A | Dividend | J | T | | | | | |
| 48. Enbridge Inc | A | Dividend | J | T | | | | | |
| 49. JPMorgan Chase & Co | A | Dividend | K | T | | | | | |
| 50. Philip Morris INTL Inc | | None | J | T | | | | | |
| 51. Walt Disney Co | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Catliota, Thomas J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | 3M Co | A | Dividend | J | T | | | | | |
| 53. | Goldman Sachs Bk USA New York CD | A | Int./Div. | J | T | | | | | |
| 54. | Wells Fargo Bk N A Sioux Falls CD - 3 yr. | A | Int./Div. | J | T | | | | | |
| 55. | Wells Fargo Bk N A Sioux Falls CD- 1 yr. | A | Int./Div. | | | Redeemed | 11/18/20 | J | | |
| 56. | Evanston IL MUNI | A | Int./Div. | K | T | | | | | |
| 57. | West Virginia St MUNI | B | Int./Div. | J | T | | | | | |
| 58. | New York N Y MUNI | A | Int./Div. | J | T | | | | | |
| 59. | Abbvie Inc | A | Dividend | J | T | | | | | |
| 60. | Berkshire Hathaway Inc Cl B | | None | J | T | | | | | |
| 61. | Blackrock Inc Cl A | A | Dividend | J | T | | | | | |
| 62. | Linde PLC | A | Dividend | J | T | | | | | |
| 63. | Microsoft Corp | A | Dividend | J | T | | | | | |
| 64. | Pepsico Inc | A | Dividend | J | T | | | | | |
| 65. | Starbucks Corp | A | Dividend | J | T | | | | | |
| 66. | Viatris | | None | J | T | Spinoff<br>(from line 25) | 11/20/20 | J | | |
| 67. | Custodial Account | | | | | | | | | |
| 68. | -Bond Fund of America | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Catliota, Thomas J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  -Capital World Growth and Inc Fund A | A | Int./Div. | K | T | | | | | |
| 70.  -EuroPacific Growth Fund A | A | Int./Div. | J | T | | | | | |
| 71.  -Fundamental Investors A | A | Int./Div. | K | T | | | | | |
| 72.  -Growth Fund od America | B | Int./Div. | K | T | Buy | 03/09/20 | J | | |
| 73.  -Investment Company of America - A | A | Int./Div. | K | T | | | | | |
| 74.  -New Economy Fund | A | Int./Div. | K | T | Buy | 03/19/20 | J | | |
| 75.  -New Perspective Fund - A | A | Int./Div. | K | T | | | | | |
| 76.  -Smallcap World Fund A | A | Int./Div. | K | T | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Catliota, Thomas J. | 05/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Catliota, Thomas J. | 05/11/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas J. Catliota**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544